UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA SWANTON,

    Plaintiff,

v.                          CASE NO:  20-cv-13308
                          HON: STEPHANIE DAWKINS DAVIS

OSCODA TOWNSHIP, IOSCO COUNTY, ERIC MCNICHOL, KEVIN HART, DANNY GALLAHAR, TYLER LESLIE, NICHOL PALUMBO, SCOTT FRANK, ANDY SALWEY, STEVE BELLOWS, TODD SOWARDS, DAVID WOOD, and CLAYTON KING,
in their individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650 / (248) 698-3321-fax<br>Amy.derouin@cjtrainor.com | MCGRAW MORRIS, P.C.<br>G. GUS MORRIS (P32960)<br>CHRISTOPHER J. RAITI (P68600)<br>Attorneys for Ds Oscoda Township, McNichol, Hart, Gallaher and Leslie<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI 48084<br>248-502-4000 / 248-502-4001-fax<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com |
|---|---|
|  | CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.<br>TIMOTHY S. FERRAND (P39583)<br>Attorney for Defendants Iosco County, Palumbo, Frank, Salwey, Bellows, Sowards, Wood and King<br>19176 Hall Road, Ste. 220<br>Clinton Township, MI 48038<br>586-228-5600 / 586-228-5601-fax<br>tferrand@cmda-law.com |

**PLAINTIFF'S RESPONSE TO DEFENDANTS IOSCO COUNTY, NICHOL PALUMBO, SCOTT FRANK, ANDY SALWEY, STEVE BELLOWS, TODD SOWARDS, DAVID WOOD AND CLAYTON KING'S AFFIRMATIVE DEFENSES AND PROOF OF SERVICE**

**NOW COMES** Plaintiff, **DANA SWANTON**, by and through his attorneys, TRAINOR & ASSOCIATES, and hereby denies each and every one of Defendants' Affirmative Defenses either previously or hereinafter filed, and specifically leaves each Defendant to their proofs of every affirmative defense.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
Amy.derouin@cjtrainor.com

Dated:  February 1, 2021
AJD/sls

**CERTIFICATE OF SERVICE**
I hereby certify that on February 1, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: all attorneys of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None

s/ Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com